SO ORDERED.

Dated: December 10, 2019



_____
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 7 |
| | ) |
| KELLY, TIMOTHY S., | ) Case No.: 2:18-bk-00102-MCW |
| VAN EMST, STEPHANIE | ) |
| | ) ORDER AUTHORIZING TRUSTEE |
| | ) TO EMPLOY ACCOUNTANT |
| Debtor(s) | ) |

Upon the Application to Employ Accountant filed by JILL H. FORD, Trustee, and it appearing that **Guy Mechlem of Semple , Marchal & Cooper, LLP** is a disinterested person or entity within the meaning of 11 U.S.C. §101(14) and good cause appearing therefore;

IT IS HEREBY ORDERED authorizing, JILL H. FORD, Trustee, to employ **Guy Mechlem of Semple, Marchal & Cooper, LLP** to perform accounting services on behalf of this estate as more particularly described in the Application, pursuant to 11 U.S.C. § 327 & 330

IT IS FURTHER ORDERED, that any compensation paid to Guy Mechlem of Semple, Marchal & Cooper, LLP shall be subject to further application and Order of this Court.

**SIGNED AND DATED ABOVE**