SO ORDERED.

Dated: October 27, 2020



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KELLY, TIMOTHY S. | ) | Case No. 18-00102-PHX MCW |
| VAN EMST, STEPHANIE M. | ) | |
| | ) | **ORDER APPROVING** |
| | ) | **PAYMENT** |
| Debtor(s). | ) | **OF ADMINISTRATIVE** |
| | ) | **FEES AND EXPENSES** |
| | ) | |

<u>JILL H. FORD</u>, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee as follows:

| | | |
|---|---|---|
| Trustee Fees | $ | 23,105.55 |
| Trustee Expenses | $ | 65.11 |
| Trustee's Accountant Fees | $ | 3,672.00 |
| Trustee's Attorney Fees | $ | 32,206.00 |
| Trustee's Attorney Expenses | $ | 670.89 |
| US Bankruptcy Court | $ | 31.00 |

Bank and Technology Service Fees $2,389.89

**TOTAL:** **$** **62,140.44**

**SIGNED AND DATED ABOVE**